```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    JEFF P. MITCHELL (Cal. State Bar No.: 236225)
 4  Assistant United States Attorney
    Domestic Security and Immigration Crimes Section
 5       1300 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0698
 7       Facsimile: (213) 894-6436
         E-mail: jeff.mitchell@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

[FILED stamp: CLERK, U.S. DISTRICT COURT, APR 25 2008, CENTRAL DISTRICT OF CALIFORNIA, BY [initials] DEPUTY]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCISCO ANDRES-FRANCISCO<br>    aka "Chico,"<br>FRANCISCO ANDRES-PEDRO,<br>    aka "Samuel Lopez,"<br>FRANCISCO PEDRO-FRANCISCO,<br>ELVIRA BARTOLO-SEBASTIAN,<br>JUANA DOMINGO JUAN,<br>    aka "Margarita Elizabeth<br>    Francisco,"<br>ANGEL GONZALEZ-PELICO,<br>    aka "Juan Ramos Gonzalez,"<br>GILBERTO FRANCISCO-LORENZO,<br>    aka "Zorro,"<br>    aka "Juan Francisco<br>    Delgado,"<br>JUAN JIMENEZ-PASCUAL,<br>ISAIAS VASQUEZ-MENDOZA,<br>    aka "Escorpin,"<br>HENRY RODRIGUEZ-SANCHEZ,<br>ANIBAL FRANCISCO, and<br>LUIS LOPEZ-MONCHO,<br>    aka "Luis Castaneda,"<br>    aka "Daniel Juan-Pascual,"<br><br>    Defendants. | CR No. 08-00295-GHK<br><br>[PROPOSED] FINDINGS AND ORDER<br><br>**NOTE CHANGES MADE BY THE COURT.** |

## [PROPOSED] FINDINGS AND ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the COURT adopts the findings of fact and the conclusions of law stipulated to by the parties.

Trial date is vacated and this matter is continued to 3:30 p.m. on May 19, 2008, for a status conference.

The Court deems the time period of April 22, 2008, to May 19, 2008, is excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv).

Dated: 4/25/08

THE HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE