```
 1 │ THOMAS P. O'BRIEN
   │ United States Attorney
 2 │ CHRISTINE C. EWELL
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ JEFF P. MITCHELL (Cal. State Bar No.: 236225)
 4 │ Assistant United States Attorney
   │ Domestic Security and Immigration Crimes Section
 5 │      1300 United States Courthouse
   │      312 North Spring Street
 6 │      Los Angeles, California 90012
   │      Telephone: (213) 894-0698
 7 │      Facsimile: (213) 894-6436
   │      E-mail: jeff.mitchell@usdoj.gov
 8 │
   │ Attorneys for Plaintiff
 9 │ UNITED STATES OF AMERICA
10 │
   │              UNITED STATES DISTRICT COURT
11 │
   │          FOR THE CENTRAL DISTRICT OF CALIFORNIA
12 │
13 │
   │ UNITED STATES OF AMERICA,       )  CR No. 08-00295-GHK
14 │                                 )
   │              Plaintiff,         )  [PROPOSED] FINDINGS AND
15 │                                 )  ORDER
   │         v.                      )
16 │                                 )
   │ FRANCISCO ANDRES-FRANCISCO      )
17 │     aka "Chico,"                )
   │ FRANCISCO ANDRES-PEDRO,         )
18 │     aka "Samuel Lopez,"         )
   │ FRANCISCO PEDRO-FRANCISCO,      )
19 │ ELVIRA BARTOLO-SEBASTIAN,       )
   │ JUANA DOMINGO JUAN,             )
20 │     aka "Margarita Elizabeth    )
   │     Francisco,"                 )
21 │ ANGEL GONZALEZ-PELICO,          )
   │     aka "Juan Ramos Gonzalez,"  )
22 │ GILBERTO FRANCISCO-LORENZO,     )
   │     aka "Zorro,"                )
23 │     aka "Juan Francisco         )
   │     Delgado,"                   )
24 │ JUAN JIMENEZ-PASCUAL,           )
   │ ISAIAS VASQUEZ-MENDOZA,         )
25 │     aka "Escorpin,"             )
   │ HENRY RODRIGUEZ-SANCHEZ,        )
26 │ ANIBAL FRANCISCO, and           )
   │ LUIS LOPEZ-MONCHO,              )
27 │     aka "Luis Castaneda,"       )
   │     aka "Daniel Juan-Pascual,"  )
28 │                                 )
   │              Defendants.        )
```

FILED
CLERK, U.S. DISTRICT COURT
SEP 2 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## [PROPOSED] FINDINGS AND ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the COURT adopts the findings of fact and the conclusions of law stipulated to by the parties.

This matter is continued to 3:30 p.m. on October 20, 2008, for a possible change of plea.

The Court deems the time period of September 22, 2008, to October 20, 2008, is excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv).

Dated: 9/22/08

THE HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE